| | |
|---|---|
| 1 | AMY R. LEVINE, State Bar No. 160743 |
|   | alevine@dwkesq.com |
| 2 | SARAH L. DANIEL, State Bar No. 233814 |
|   | sdaniel@dwkesq.com |
| 3 | Dannis Woliver Kelley |
|   | 71 Stevenson Street, 19th Floor |
| 4 | San Francisco, CA 94105-2939 |
|   | Telephone: (415) 543-4111 |
| 5 | Facsimile: (415) 543-4384 |
| 6 | Attorneys for Defendants |
|   | LAFAYETTE SCHOOL DISTRICT, and |
| 7 | LAFAYETTE BOARD OF EDUCATION |

### UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| M.M. and E.M., individually and on behalf of their minor son, C.M., <br><br> Plaintiffs, <br><br> v. <br><br> LAFAYETTE SCHOOL DISTRICT, a Local Educational Agency and LAFAYETTE BOARD OF EDUCATION, <br><br> Defendants. | Case No. 3:10-cv-10-04223-SI <br><br> [Related Case No. 3:09-cv-04624-SI] <br><br> **STIPULATED REQUEST FOR ORDER CHANGING TIME FOR DEFENDANTS TO FILE INITIAL RESPONSE TO FIRST AMENDED COMPLAINT, CONTINUANCE OF ADR DATES AND CASE MANAGEMENT CONFERENCE, AND ORDER THEREON** <br><br> [Civil L.R. 6-1(a) & (b), 6-2 & 7-12] |

**TO THE HONORABLE COURT, ALL PARTIES, AND TO THEIR COUNSEL OF RECORD:**

1. IT IS HEREBY STIPULATED by and between the parties, Defendants LAFAYETTE SCHOOL DISTRICT and LAFAYETTE BOARD OF EDUCATION (collectively Defendants), on the one hand, and M.M. and E.M., individually and on behalf of their minor son C.M. (collectively Plaintiffs), on the other hand, that the time for Defendants to file their respective initial response(s) to Plaintiffs' First Amended Complaint (DOF: 10/22/2010), be changed from November 15, 2010, to January 3, 2011.

2. IT IS FURTHER STIPULATED by and between the parties that by this joint request, the Court continue the related interim deadlines as follows: (a) the ADR filing deadlines currently set for December 30, 2010, be advanced and continued to March 4, 2011; (b) the Case

1  Management Conference (CMC) originally scheduled for January 20, 2011, be advanced and
2  continued to April 15, 2011, at 2:00 p.m., in Courtroom 10, or to __April 22_____,
3  2011, at __3_:_00_ _p_.m.; and (c) the last day to file the Rule 26(f) Report originally due on
4  January 13, 2011, be advanced and continued to March 18, 2011.
5      3.    Pursuant to Civil Local Rule 6-2, the parties by and through counsel represent and
6  declare that their have been no previous time modifications in the case, whether by stipulation or
7  Court order. On October 27, 2010, the Court filed a Related Case Order (relating this case with
8  Case No. 3:09-cv-04624-SI), which also operated to reassign the case to Judge S. Illston on
9  October 28, 2010. The Order indicated that dates for appearance in court would be rescheduled
10  by the newly assigned judge. The requested time modification has no effect on the schedule of
11  the case, other than continuance of the specific dates indicated above. The parties are requesting
12  the enlargement of time in order to accommodate the stipulated continuance of the deadline for
13  Defendants' initial response(s) to the First Amended Complaint filed on October 22, 2010. (Civ.
14  L.R. 6-1(a).) (The original Complaint that was filed on September 17, 2010, was not received by
15  the Defendants until October 25, 2010.) Furthermore, Plaintiffs' counsel will be out of the
16  office from December 14 to January 3, 2010.

17                                       IT IS SO STIPULATED:
18  DATED: November _12_, 2010           Dannis Woliver Kelley

By: _/s/ Sarah Daniel (TC)_____
    Amy R. Levine
    Sarah L. Daniel
Counsel for Defendants
LAFAYETTE SCHOOL DISTRICT, and
LAFAYETTE BOARD OF EDUCATION

DATED: November _12_, 2010          Lina Foltz
                                           Attorney at Law

By: _____
    LINA FOLTZ
Counsel for Plaintiffs

*IT IS SO ORDERED*
*Judge Susan Illston*

Dannis Woliver Kelley
71 Stevenson Street, 19th Floor
San Francisco, CA 94105

**CERTIFICATE OF SERVICE**

STATE OF CALIFORNIA      )
                         ) ss.
COUNTY OF SAN FRANCISCO  )

I am employed in the County of San Francisco, State of California. I am over the age of 18 and not a party to the within action; my business address is: 71 Stevenson Street, 19th Floor, San Francisco, CA 94105.

On the date set forth below I served the foregoing document described as

**STIPULATED REQUEST FOR ORDER CHANGING TIME FOR DEFENDANTS TO FILE INITIAL RESPONSE TO FIRST AMENDED COMPLAINT, CONTINUANCE OF ADR DATES AND CASE MANAGEMENT CONFERENCE, AND ORDER THEREON**

on interested parties in this action by placing true copies thereof enclosed in sealed envelopes addressed as follows:

LINA FOLTZ, Esq.
11 Embarcadero West, Suite 230
Oakland, CA 94607
Tel: 510.663.7199
Fax: 510.444.8102

[X] **(ECF NOTICE)** I transmitted the documents identified above to the Electronic Court Filing site for the United States District Court – Northern District thereby effecting service on the parties stated above.

[X] **(FEDERAL)** I declare that I am employed in the office of a member of the bar of this court at whose direction this service was made.

Executed on November 12, 2010, at San Francisco, California.

Kate Bendick                                   /s/Kate Bendick
    Type or Print Name                              Signature