1  AMY R. LEVINE, State Bar No. 160743
   alevine@dwkesq.com
2  DEBORAH UNGAR ETTINGER, State Bar No. 207763
   dettinger@dwkesq.com
3  SARAH L. DANIEL, State Bar No. 233814
   sdaniel@dwkesq.com
4  DANNIS WOLIVER KELLEY
   71 Stevenson Street, 19th Floor
5  San Francisco, CA 94105
   Telephone: (415) 543-4111
6  Facsimile: (415) 543-4384

7  LOUIS A. LEONE, State Bar No. 099874
   leonel@stubbsleone.com
8  KATHERINE A. ALBERTS, State Bar No. 212825
   albertsk@stubbsleone.com
9  STUBBS & LEONE
   A Professional Corporation
10 2175 N. California Blvd., Suite 900
   Walnut Creek, CA 94596
11 Telephone: (925) 974-8600
   Facsimile: (925) 974-8601
12
   Attorneys for Defendants
13 LAFAYETTE SCHOOL DISTRICT and
   LAFAYETTE BOARD OF EDUCATION
14

15                    UNITED STATES DISTRICT COURT

16                   NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 17  M.M. & E.M., individually and on behalf of their minor son C.M., | Case No. C 10-04223 SI [Consolidated with Case No. 3:09-cv-04624 SI] |
| 18 | |
| 19             Plaintiffs, | [~~PROPOSED~~] ORDER GRANTING SETTING HEARING DATE FOR ALL MOTIONS FOR SUMMARY JUDGMENT AND BRIEFING SCHEDULE |
| 20       v. | |
| 21  LAFAYETTE SCHOOL DISTRICT, a Local Educational Agency and | |
| 22  LAFAYETTE BOARD OF EDUCATION, | |
| 23             Defendants. | |

24
25
26
27
28

[PROPOSED] ORDER GRANTING SETTING HEARING DATE FOR ALL MOTIONS FOR SUMMARY JUDGMENT AND BRIEFING SCHEDULE
Case No. C 10-04223 SI (Consolidated with Case No. 3:09-cv-04624 SI)

SF 556744v1

**IT IS HEREBY ORDERED AS FOLLOWS:**

1. The hearing on Defendants' Motion for Partial Summary Judgment on Assessment Claims (jointly filed in C09-04264 SI and C10-04223 SI), Plaintiffs' Motion for Partial Summary Judgment on all IDEA Claims (filed in C09-04264 SI), Plaintiffs' Motion for Summary Judgment (filed in C10-04223 SI), and Defendants' Motion for Partial Summary Judgment on the Remaining IDEA Claims (filed in C10-04223 SI) shall be heard on January 13, 2012 at 9:00a.m.

2. For Plaintiffs' Motion for Partial Summary Judgment on all IDEA Claims (filed in C09-04264 SI), the opposition brief shall be filed no later than Monday, December 5, 2011 and the reply brief shall be filed no later than Monday, December 12, 2011.

3. For Plaintiffs' Motion for Summary Judgment (filed in C10-04223 SI), the opposition brief shall be filed no later than Friday, December 9, 2011 and the reply brief shall be filed no later than Monday, December 19, 2011.

4. For Defendants' Motion for Partial Summary Judgment on the Remaining IDEA Claims (filed in C10-04223 SI), the opposition brief shall be filed no later than Friday, December 9, 2011 and the reply brief shall be filed no later than Monday, December 19, 2011.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: 11/23/11

Honorable Susan Illston
Judge of the United States District Court
Northern District of California

-2-

[PROPOSED] ORDER GRANTING SETTING HEARING DATE FOR ALL MOTIONS FOR SUMMARY JUDGMENT AND BRIEFING SCHEDULE
Case No. C 10-04223 SI (Consolidated with Case No. 3:09-cv-04624 SI)

SF 556744v1