IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| M.M. & E.M.,<br><br>            Plaintiffs,<br><br>    v.<br><br>LAFAYETTE SCHOOL DISTRICT,<br><br>            Defendant.<br>                                                              / | No. CV 09-4624 and 10-04223<br><br>**JUDGMENT** |

In case CV 09-4624 SI, plaintiffs' motion for summary judgment on the issue of reimbursement for Dr. Guterman's presentation of her assessment results at the March 2009 IEP meeting is GRANTED. On all other issues, plaintiffs' motion is DENIED. The District's motion for summary judgment is GRANTED. On the presentation-payment issue, the Order in OAH CASE NO. 200812016 is REVERSED; on all other issues, the Order is AFFIRMED.

In case 10-4223, plaintiffs' motion for summary judgment on all issues is DENIED. The Districts' motion for summary judgment is GRANTED. The Order in CONSOLIDATED OAH CASE NO. OAH 2009040640/2009081105 is AFFIRMED IN FULL.

Judgment is entered accordingly.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: March 8, 2012

                                                                    _____
                                                                    SUSAN ILLSTON
                                                                    United States District Judge