UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| M.M., et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>LAFAYETTE SCHOOL DISTRICT, et al.,<br><br>　　　　Defendants. | Case No. 10-cv-04223-SI<br><br>**ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION TO AMEND CASE MANAGEMENT ORDER**<br><br>Re: Dkt. No. 120 |

Defendants' administrative motion to amend the case management order dated September 16, 2015, is GRANTED. Docket No. 120. The motion for judgment on the pleadings filed on October 12, 2015, is deemed to have been timely filed.

**IT IS SO ORDERED**.

Dated: October 15, 2015

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　
SUSAN ILLSTON
United States District Judge