1    LINA FOLTZ, State Bar No. 167813
     foltzlaw@gmail.com
2    11 Embarcadero West, Suite 230
     Oakland, California 94607
3    Telephone: (510) 663-7199
     Facsimile: (510) 380-6332
4
     Attorney for Plaintiffs
5    M.M., E.M., & C.M.

6
     AMY R. LEVINE, State Bar No. 160743
7    alevine@dwkesq.com
     MATTHEW J. TAMEL, State Bar No. 229378
8    mtamel@@dwkesq.com
     DANNIS WOLIVER KELLEY
9    275 Battery Street, Suite 1150
     San Francisco, CA 94111
10   Telephone: (415) 543-4111
     Facsimile:  (415) 543-4384
11
12   LOUIS A. LEONE, ESQ. (SBN: 099874)
     lleone@leonealberts.com
13   KATHERINE A. ALBERTS, ESQ. (SBN: 212825)
     kalberts@leonealberts.com
14   **LEONE & ALBERTS**
     2175 N. California Blvd., Suite 900
15   Walnut Creek, CA  94596
     Telephone:      (925) 974-8600
16   Facsimile:      (925) 974-8601

17   Attorneys for Defendants
     LAFAYETTE SCHOOL DISTRICT & LAFAYETTE
18   BOARD OF EDUCATION

19                  UNITED STATES DISTRICT COURT

20                NORTHERN DISTRICT OF CALIFORNIA

21   M.M. & E.M., individually and on behalf          Case No.  C10-04223 SI
     of their son C.M.,
22                                                     **STIPULATION AND [PROPOSED] ORDER**
                         Plaintiffs,                   **REFERRING CASE TO SETTLEMENT**
23                                                     **CONFERENCE AND STAYING SECTION**
             v.                                        **504 CLAIM**
24
     LAFAYETTE SCHOOL DISTRICT,
25   LAFAYETTE BOARD OF EDUCATION,                     **2nd Amended Complaint:**  March 21, 2011
                                                       **Mandate Issued**:  December 12, 2014
26                       Defendants.

27

28

---

**STIPULATION AND ORDER REFERRING CASE**                                    **C10-04223 SI**
**TO SETTLEMENT CONFERENCE AND STAYING**
**SECTION 504 CLAIM**

1    WHEREAS since the last Case Management Conference, the parties have engaged in

2    settlement discussions and have now reached a point in those discussions where they believe

3    they may be able to resolve all or most of the remaining issues in this case through a Settlement

4    Conference with a Magistrate Judge;

5    WHEREAS the parties agreed to such a Settlement Conference before Magistrate Judge

6    Laurel Beeler and have conferred with Judge Beeler's clerk to reserve September 27, 2016 for

7    a full day Settlement Conference in this matter;

8    WHEREAS with respect to the remaining pending Section 504 claim, the parties wish

9    to conserve as much time and resources as possible prior to the Settlement Conference in order

10    to facilitate settlement and not waste funds and resources on matters that may be settled;

11    WHEREAS with respect to the remaining IDEA claim, the parties' motions regarding

12    Plaintiff's entitlement to reimbursement are set to be heard on June 17, 2016 at9:00 a.m;

13    WHEREAS the parties agree that having the Court's ruling on the IDEA cross-motions

14    prior to the Settlement Conference would be preferable and would promote settlement of the

15    case;

16    WHEREAS if the remaining Section 504 claims are not resolved by the parties through

17    the Settlement Conference, the parties will work together to complete all remaining necessary

18    discovery as quickly and efficiently as possible; and

19    WHEREAS the parties agree to request that a case management conference be set in

20    this action after the conclusion of the Settlement Conference to discuss any remaining

21    procedural issues if the case settles or reset any case management deadlines, if necessary, with

22    respect to any claims that were not settled by the parties;

23    **IT IS HEREBY STIPULATED TO** by Plaintiffs M.M. and E.M, individually and

24    behalf of their minor son, C.M., and Defendants Lafayette School District and Lafayette Board

25    of Education, by and through their counsel of record, that:

26    1)    The parties request that the above captioned matter be referred to Magistrate

27    Judge Laurel Beeler for Settlement Conference on September 27, 2016 at 10:00 a.m. in

28

1    Courtroom C of this Court;

2            2)      The hearing on the parties' cross-motions regarding Plaintiffs' entitlement to

3    reimbursement pursuant to the IDEA currently set for June 17, 2016 at 9:00 a.m. in Courtroom

4    1 of this Court remains on calendar;

5            3)      The parties request that the Court issue a ruling on the parties' cross-motions

6    regarding Plaintiffs' entitlement to reimbursement prior to September 27, 2016 if at all

7    possible;

8            4)      The parties request that all proceedings as to the Plaintiffs' remaining Section

9    504 retaliation claim should be stayed and all case management deadlines as to the Section 504

10   claim established in the parties' Joint Case Management Statement, filed on December 11,

11   2015, and/or set by the Court at the December 18, 2015 Case Management Conference should

12   be vacated; and

13           5)      The parties request that this matter be set for a Case Management Conference on

14   or about October 28, 2016 at 3:00 p.m., or as soon thereafter as the Court's schedule permits, to

15   either reset any necessary case management deadlines if the parties do not settle the case or

16   discuss any remaining procedural issues if the parties settle the case.

17   **IT IS SO STIPULATED.**

18   DATED: May 31, 2016                    LINA FOLTZ

19

20

21                                         By: _____
22                                            Attorney for Plaintiffs
                                              M.M., E.M., & C.M.

23   DATED: May ____, 2016                 DANNIS WOLIVER KELLEY

24

25

26                                         By: _____
                                              AMY R. LEVINE
27                                            Attorneys for Defendants
                                              LAFAYETTE SCHOOL DISTRICT and
28                                            LAFAYETTE BOARD OF EDUCATION

1    DATED:  May 31, 2016                    LEONE & ALBERTS

2

3                                            By: /s Katherine A. Alberts
                                                  KATHERINE A. ALBERTS
4                                            Attorneys for Defendants
                                             LAFAYETTE SCHOOL DISTRICT and
5                                            LAFAYETTE BOARD OF EDUCATION

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND ORDER REFERRING CASE                          C10-04223 SI
TO SETTLEMENT CONFERENCE AND STAYING
SECTION 504 CLAIM
                                3

1  Courtroom C of this Court;

2      2)    The hearing on the parties' cross-motions regarding Plaintiffs' entitlement to

3  reimbursement pursuant to the IDEA currently set for June 17, 2016 at 9:00 a.m. in Courtroom

4  1 of this Court remains on calendar;

5      3)    The parties request that the Court issue a ruling on the parties' cross-motions

6  regarding Plaintiffs' entitlement to reimbursement prior to September 27, 2016 if at all

7  possible;

8      4)    The parties request that all proceedings as to the Plaintiffs' remaining Section

9  504 retaliation claim should be stayed and all case management deadlines as to the Section 504

10  claim established in the parties' Joint Case Management Statement, filed on December 11,

11  2015, and/or set by the Court at the December 18, 2015 Case Management Conference should

12  be vacated; and

13      5)    The parties request that this matter be set for a Case Management Conference on

14  or about October 28, 2016 at 3:00 p.m., or as soon thereafter as the Court's schedule permits, to

15  either reset any necessary case management deadlines if the parties do not settle the case or

16  discuss any remaining procedural issues if the parties settle the case.

17  **IT IS SO STIPULATED.**

18  DATED: May 26, 2016                LINA FOLTZ

19

20

21                                   By: 

22                                   Attorney for Plaintiffs
                                 M.M., E.M., & C.M.

23  DATED: May _____, 2016          DANNIS WOLIVER KELLEY

24

25

26                                   By: _____
                                 AMY R. LEVINE

27                                   Attorneys for Defendants
                                 LAFAYETTE SCHOOL DISTRICT and

28                                   LAFAYETTE BOARD OF EDUCATION

1    Courtroom C of this Court;

2         2)      The hearing on the parties' cross-motions regarding Plaintiffs' entitlement to

3    reimbursement pursuant to the IDEA currently set for June 17, 2016 at 9:00 a.m. in Courtroom

4    1 of this Court remains on calendar;

5         3)      The parties request that the Court issue a ruling on the parties' cross-motions

6    regarding Plaintiffs' entitlement to reimbursement prior to September 27, 2016 if at all

7    possible;

8         4)      The parties request that all proceedings as to the Plaintiffs' remaining Section

9    504 retaliation claim should be stayed and all case management deadlines as to the Section 504

10   claim established in the parties' Joint Case Management Statement, filed on December 11,

11   2015, and/or set by the Court at the December 18, 2015 Case Management Conference should

12   be vacated; and

13        5)      The parties request that this matter be set for a Case Management Conference on

14   or about October 28, 2016 at 3:00 p.m., or as soon thereafter as the Court's schedule permits, to

15   either reset any necessary case management deadlines if the parties do not settle the case or

16   discuss any remaining procedural issues if the parties settle the case.

17   **IT IS SO STIPULATED.**

18   DATED: May 31, 2016                         LINA FOLTZ

19

20

21                                               By: _____
                                                 Attorney for Plaintiffs
22                                               M.M., E.M., & C.M.

23   DATED: May ⟍⟍, 2016                         DANNIS WOLIVER KELLEY

24

25                                               By: _____
                                                 AMY R. LEVINE
26                                               Attorneys for Defendants
27                                               LAFAYETTE SCHOOL DISTRICT and
                                                 LAFAYETTE BOARD OF EDUCATION

28
     STIPULATION AND ORDER REFERRING CASE                              C10-04223 SI
     TO SETTLEMENT CONFERENCE AND STAYING
     SECTION 504 CLAIM
                                                 2

1

**[~~PROPOSED~~] ORDER**

2      Pursuant to the Stipulation of the parties and good cause appearing therefrom, **IT IS**

3  **HEREBY ORDERED** that:

4      1)      The above captioned action is referred to Magistrate Judge Laurel Beeler for the

5  purpose of conducting a Settlement Conference;

6      2)      All proceedings regarding Plaintiffs' Section 504 claim are stayed until further

7  order of this Court and all Case Management deadlines regarding Plaintiffs' Section 504 claim

8  agreed to by the parties in the Joint Case Management Conference Statement filed on

9  December 11, 2015 and/or set by this Court at the December 18, 2015 Case Management

10  Conference are vacated;

11      3)      The parties' cross-motions regarding Plaintiffs' entitlement to reimbursement

12  pursuant to the IDEA will be heard on June 17, 2016 at 10:00 a.m. in Courtroom 1 of this

13  Court as currently scheduled; and

14      4)      The above captioned matter is set for a further Case Management Conference on

15  October 28, 2016 at 3:00 p.m. in Courtroom 1 of this Court.  By October 21, 2016, the parties

16  are to file a Joint Case Management Conference Statement apprising the Court of the status of

17  any settlement agreed to by the parties, remaining issues to be resolved by the Court, if any,

18  and if necessary, proposed a case management schedule for resolving any such remaining

19  issues.

20      **IT IS SO ORDERED.**

21

22  DATED:  _6/1/16_____       _____

23                          Hon. Susan Illston
                          Judge of the United States District Court
24                          Northern District of California

25

26

27

28