UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

M.M., et al.,

        Plaintiffs,

    v.

LAFAYETTE SCHOOL DISTRICT, et al.,

        Defendants.

Case No. 10-cv-04223-SI

**ORDER VACATING HEARING AND ORDERING SUPPLEMENTAL FILINGS**

Defendants have filed a motion for summary adjudication of plaintiffs' claims for reimbursement under the Individuals with Disabilities Education Act ("IDEA"). Docket No. 136. Plaintiffs have separately moved for reimbursement of $15,997.00 in educational expenses pursuant to the IDEA. Docket No. 137.

The Court has reviewed the parties' briefs and takes the preliminary view that plaintiffs are entitled to reimbursement of their reasonable costs under the IDEA. However, plaintiffs have not filed evidence of the costs that they have incurred and for which they now seek reimbursement. The Court therefore ORDERS as follows. Plaintiffs shall file proof of their costs no later than **June 27, 2016**. Defendants may file an opposition brief not to exceed five (5) pages in length no later than **July 5, 2016**. The hearing currently scheduled for June 17, 2016, is hereby **VACATED,** and will be rescheduled if necessary after receipt of the parties' filings.

**IT IS SO ORDERED**.

Dated: June 13, 2016

                                                                                              SUSAN ILLSTON
United States District Judge